IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03394-KLM

LYNN MARTINEZ, as Trustee of Diane Borges' Bankruptcy Estate,

    Plaintiff,

v.

THOMAS F. FARRELL, P.C., doing business as Farrell & Seldin,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' joint **Stipulation to Stay Case Pending Dismissal or Further Proceedings** [Docket No. 41; Filed February 11, 2013] (the "Stipulated Motion"). A bench trial was held in this matter on January 28, 2013, after which the parties were granted until February 11, 2013 to submit additional briefing for the Court's consideration. In the Stipulated Motion, the parties explain that they have reached an agreement in principle to resolve the case but must obtain approval of the bankruptcy court before a settlement can be finalized. Accordingly, they seek a stay of the proceedings until April 8, 2013 for that purpose.

    IT IS HEREBY **ORDERED** that the Stipulated Motion [#41] is **GRANTED** and that this matter is **STAYED** until **April 8, 2013.**

    IT IS FURTHER **ORDERED** that the parties shall file a status report no later than the final day of the stay period, unless a stipulation of dismissal is filed on or before that date.

    Dated: February 12, 2013