IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03394-KLM

LYNN MARTINEZ, as Trustee of Diane Borges' Bankruptcy Estate,

    Plaintiff,

v.

THOMAS F. FARRELL, P.C., doing business as Farrell & Seldin,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Dismiss** [Docket No. 46; Filed May 21, 2013] (the "Motion"). In the Motion the parties stipulate to dismissal of the action with prejudice, with each party to bear its own attorney's fees and costs, and request that the case be closed. *Motion* [#46] at 1. Accordingly,

    IT IS HEREBY **ORDERED** that Motion [#46] is **GRANTED**.

    IT IS FURTHER **ORDERED** that the case is **DISMISSED with prejudice**, with each party to bear its own attorney's fees and costs. This action is hereby terminated.

    Dated: May 21, 2013